IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Connie Gumbert, :
:
    Plaintiff(s), :
: Case Number: 1:10cv333
vs. :
: Chief Judge Susan J. Dlott
Commissioner of Social Security, :
:
    Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on July 22, 2011 (Doc. 18), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired August 8, 2011, hereby ADOPTS said Report and Recommendation.

The Administrative Law Judge considered and evaluated the opinions and evidence in the record, including the opinions of and findings of the "acceptable medical sources" and the evidence provided by the "other sources." The Administrative Law Judge thoroughly assessed plaintiff's credibility. The record contains substantial evidence to support the Administrative Law Judge's conclusion that plaintiff is able to perform a significant number of jobs that exist in the national economy and therefore is not disabled.

Accordingly, the decision of the Commissioner is **AFFIRMED.**

IT IS SO ORDERED.

                                                  ___s/Susan J. Dlott_____
                                                Chief Judge Susan J. Dlott
                                                United States District Court