IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Connie Gumbert, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:10cv333 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Commissioner of Social Security, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on March 16, 2012 (Doc. 27), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired April 2, 2012, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motion for relief from judgment (Doc. 23) is **DENIED.**

IT IS SO ORDERED.

                                                            ___s/Susan J. Dlott_____
                                                            Chief Judge Susan J. Dlott
                                                            United States District Court